# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BEALLS OUTLET STORES, INC., a Florida corporation; BEALLS 1987, INC., a Florida corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-07644-KK(SSCx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Kenly Kiya Kato |

Pursuant to the Parties' stipulation, IT IS ORDERED that this action is dismissed in its entirety **with prejudice**, with each party bearing its own costs.

Dated: October 17, 2024

_____
Hon. Kenly Kiya Kato
Judge, United States District Court